ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA DIVISION

| | |
|---|---|
| In re | Case No. 16-17815-sr |
| THOMAS ANDREW JAYCOX, | Chapter 13 |
| Debtor(s). | **PROOF OF SERVICE** |

I, Maly Leeper, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On March 6, 2017, I served the NOTICE OF MORTGAGE PAYMENT CHANGE in said cause by electronic means through the court's CM/ECF system or by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true.

/s/Maly Leeper
MALY LEEPER

- 1 -

PROOF OF SERVICE

## SERVICE LIST

**DEBTOR(S)**
**(VIA US MAIL)**

Thomas Andrew Jaycox
154 Duck Farm Road
Oxford, PA 19363

**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

JOSEPH L QUINN
The Law Office of Stephen Ross PC
152 E. High Street, Suite 100
Pottstown, PA 19464
CourtNotices@sjr-law.com

**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Frederick L. Reigle
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606
ecfmail@fredreiglech13.com

**UNITED STATES TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov

- 2 -

PROOF OF SERVICE