Debtor 1      Thomas Andrew Jaycox
Debtor 2
(Spouse, if filing)
United States Bankruptcy Court for the: Eastern District of Pennsylvania (Philadelphia)
Case number    16-17815

**Official Form 410S1**

# Notice of Mortgage Payment Change

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** BANK OF AMERICA, N.A.

**Last 4 digits** of any number you use to identify the debtor's account: 1603

**Court claim no.** (if known):

**Date of payment change:** 05/01/2017
Must be at least 21 days after date of this notice

**New total payment:** $624.93
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☑ No

☐ Yes   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: _____   New escrow payment: _____

### Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☐ No

☑ Yes   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
If a notice is not attached, explain why:

Current interest rate: 2.5%        New interest rate: 2.875%
Current principal and interest payment: $413.87    New principal and interest payment: $418.97

### Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: _____    New mortgage payment: _____

862662-86028963-56f4-4dba-a43c-57951b7c10f9-

**Part 4:  Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Essa Gye                                                                Date  03/13/2017
  Assistant Vice President

Print: Essa Gye                                                               Title  Assistant Vice President

Company  Bank of America, N.A.                                                Specific Contact Information:
Address  16001 N. Dallas Pkwy                                                 Phone: 214-209-5218
         Addison, TX 75001                                                    Email: essa.gye@bankofamerica.com

862662-86028963-56f4-4dba-a43c-57951b7c10f9-

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Philadelphia)

Chapter 13 No. 16-17815

Judge: Judge Stephen Raslavich

In re:

Thomas Andrew Jaycox

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2017, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage prepaid, or via filing with the US Bankruptcy Court's CM ECF system.

| | | |
|---|---|---|
| Debtor: | By U.S. Postal Service First Class Mail Postage Prepaid: | |
| | Thomas Andrew Jaycox<br>154 Duck Farm Road<br>Oxford, PA 19363 | |
| Debtor's Attorney: | By U.S. Postal Service First Class Mail Postage Prepaid: | |
| | JOSEPH L QUINN<br>The Law Office of Stephen Ross PC<br>152 E. High Street, Suite 100<br>Pottstown, PA 19464 | |
| Trustee: | By U.S. Postal Service First Class Mail Postage Prepaid: | |
| | FREDERICK L. REIGLE<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606 | |

/s/ Bruce Bertrand

4 S Technologies, LLC
(as authorized agent for Bank of America, N.A.)

200 Sheffield St., Suite 101
Mountainside, NJ 07092
(908) 588-9639
brucebertrand@4stechnologies.com



C3_8805_ARMC 19592_08/25/2016

Special Loan Servicing, CA6-914-01-4
27123
TAMPA, FL 33623-7123

**Date:** March 2, 2017

**Loan number:**

THOMAS A JAYCOX
154 DUCK FARM RD
OXFORD         PA 19363

**Property Address:**
915 SANTIATO DRIVE
FAYETTEVILLE, NC 28314

# Changes to Your Mortgage interest Rate and Payments on April 1, 2017

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a 1 year period during which your interest rate stayed the same. That period ends on April 1, 2017, so on that date your interest rate and mortgage payment change. After that, your interest rate may change annually for the rest of your loan term.

|  | **Current** Rate and Monthly Payment | **New** Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 2.500% | 2.875% |
| **Total Monthly Payment** | $619.83 | $624.93 <br> **(due May 1, 2017)** |

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin," and then rounding the sum of the index and the margin to the nearest 0.1250%. Under your loan agreement, your index rate is Weekly Average Yield on US Treasury Constant Maturity of 1-Year and your margin is 2.000%. The Weekly Average Yield on US Treasury Constant Maturity of 1-Year index is published weekly in Federal Reserve Board.

**Rate Limit[s]:** Your rate cannot go higher than 10.000% over the life of the loan. Your rate can change each adjustment by no more than 1.0000%.

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. Your new payment is based on the Weekly Average Yield on US Treasury Constant Maturity of 1-Year index, your margin, and then rounding the sum of the index and the margin to the nearest 0.1250%, your loan balance of $30,468.23 and your remaining loan term of 80 months. Your Total Monthly Payment set forth above includes escrow [Taxes and Insurance].

**Prepayment Penalty:** None

We're pleased to serve your home loan needs and it's our continued goal to provide you with the highest level of customer satisfaction.  If you have any questions concerning this notice, please don't hesitate to call us at 800-669-6607 Monday through Friday, 7 a.m. to 7 p.m. local time.  If you need additional information or assistance, you can contact us online any time. Simply log on to your account at www.bankofamerica.com and Select 'Message Center.' With your online account, you will also have access to many other convenient services, such as: updating your account information, viewing current and historical monthly statements, and much more.

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector. If you are currently in a bankruptcy proceeding or have previously obtained a discharge of this debt under bankruptcy law, this notice is for informational purposes only and is not an attempt to collect a debt, a demand for payment or an attempt to impose personal liability for a discharged debt.