IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Thomas Andrew Jaycox d/b/a TDCB Webs,<br>　　　Debtor. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>16-17815/SR |
| Nationstar Mortgage LLC,<br>　　　Movant,<br>v.<br>Thomas Andrew Jaycox d/b/a TDCB Webs,<br>　　　Debtor,<br><br>Frederick L. Reigle, Trustee,<br>　　Additional Respondent. | 11 U.S.C. § 362 |

## **O R D E R**

　　　AND NOW, this _____ day of _____, 2017, at the Eastern District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtor to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

　　　ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 154 Duck Farm Drive, East Nottingham, PA 19363; and it is

　　　FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

**Dated: March 23, 2017**

_____
HONORABLE STEPHEN RASLAVICH
UNITED STATES BANKRUPTCY JUDGE