United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Thomas Andrew Jaycox
    Debtor

Case No. 16-17815-sr
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Mar 24, 2017
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2017.
db         +Thomas Andrew Jaycox,   154 Duck Farm Road,   Oxford, PA 19363-4212

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2017 at the address(es) listed below:
        BRIAN CRAIG NICHOLAS    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certif bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
        DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    HSBC Bank USA et al c/o Select Portolfio Servicing, Inc. debersole@hoflawgroup.com, bbleming@hoflawgroup.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
        JOSEPH L QUINN    on behalf of Debtor Thomas Andrew Jaycox CourtNotices@sjr-law.com
        KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Adjustable Rate Mortgage pa-bk@logs.com
        KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Bank of America, N.A. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Thomas Andrew Jaycox d/b/a TDCB Webs,<br>      Debtor. | CHAPTER 13 |
| Nationstar Mortgage LLC,<br>      Movant,<br>v.<br>Thomas Andrew Jaycox d/b/a TDCB Webs,<br>      Debtor,<br><br>Frederick L. Reigle, Trustee,<br>   Additional Respondent. | BANKRUPTCY CASE NUMBER 16-17815/SR<br><br>11 U.S.C. § 362 |

## O R D E R

AND NOW, this _____ day of _____, 2017, at the Eastern District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtor to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 154 Duck Farm Drive, East Nottingham, PA 19363; and it is

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

**Dated: March 23, 2017**

_____
HONORABLE STEPHEN RASLAVICH
UNITED STATES BANKRUPTCY JUDGE