UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Thomas Andrew Jaycox d/b/a TDCB Webs,<br>    Debtor. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>16-17815/SR |
| Nationstar Mortgage LLC,<br>    Movant,<br>v.<br><br>Thomas Andrew Jaycox d/b/a TDCB Webs,<br>    Respondent/Debtor,<br><br><br>Frederick L. Reigle<br>    Additional Respondent. | |

## **PRAECIPE**

To The Clerk, United States Bankruptcy Court:

  Kindly withdraw, without prejudice, Movant, Nationstar Mortgage LLC's Objection to Confirmation of Chapter 13 Plan filed with the Court on November 28, 2016.

              Respectfully submitted,


Dated:  March 27, 2017       BY: /s/ Kevin S. Frankel
                 Kevin S. Frankel, Esquire
                 Shapiro & DeNardo, LLC
                 3600 Horizon Drive, Suite 150
                 King of Prussia, PA 19406
                 (610)278-6800/ fax (847) 954-4809
S&D File #:16-054182        PA BAR ID #318323
                 pabk@logs.com