United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-17815-sr
Thomas Andrew Jaycox                                                    Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Randi              Page 1 of 2            Date Rcvd: Apr 26, 2017
                             Form ID: pdf900          Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2017.
```
db             +Thomas Andrew Jaycox,    154 Duck Farm Road,    Oxford, PA 19363-4212
cr             +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
cr             +Nationstar Mortgage LLC as servicer for The Bank o,    8950 Cypress Waters Blvd,
                 Coppell, TX 75019-4620
cr             +USAA Federal Savings Bank,    Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,
                 Seattle, WA 98121-3132
13858997        American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern  PA 19355-0701
13820069       +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
13864240        Bank Of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
13820070       +Bank of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
13822725       +Bank of America N.A.,    c/o Matthew C. Waldt, Esq.,    Milstead & Assocs LLC,   1 E. Stow Rd.,
                 Marlton, NJ 08053-3118
13842566       +Bank of America NA,    c/o Joseph A. Dessoye, Esq.,    Phelan Hallinan Diamond & Jones LLP,
                 1617 JFK Blvd., Ste. 1400,    One Penn Ctr. Plaza,    Phila., PA 19103-1823
13820071       +Bk Of Amer,    4909 Savarese Cir,    Tampa, FL 33634-2413
13820073        Commonwealth of PA Dept. of Revenue,     PO Box 280432,    Harrisburg, PA 17128-0432
13820074       +Deborah C. Jaycox,    154 Duck Farm Road,    Oxford, PA 19363-4212
13836149       +Harley-Davidson Credit Corp.,     PO Box 9013,    Addison, Texas 75001-9013
13820077      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,     350 Highland Dr,   Lewisville, TX 75067)
13836174       +Nationstar Mortgage LLC,    c/o Kevin S. Frankel, Esq.,    Shapiro & DeNardo LLC,
                 3600 Horizon Dr., Ste. 150,    King of Prussia, PA 19406-4702
13866934       +Nationstar Mortgage LLC,    c/o Brian C. Nicholas, Esq.,    KML Law Group P.C.,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
13827350       +Nationstar Mortgage LLC,    c/o Shapiro & DeNardo LLC,    Kevin S. Frankel, Esq.,
                 3600 Horizon Dr., Ste. 150,    King of Prussia, PA 19406-4702
13820078       +Select Portfolio Svcin,    Po Box 65250,    Salt Lake City, UT 84165-0250
13820079       +Shapiro & DeNardo LLC,    3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
13850552       +THE BANK OF NEW YORK MELLON,    Nationstar Mortgage, LLC,    PO Box 619096,
                 Dallas TX 75261-9096
13820082      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Us Bk Rms Cc,     Po Box 108,   Saint Louis, MO 63166)
13820083       +USAA Federal Savings B,    Po Box 47504,    San Antonio, TX 78265-7504
13820084       +Usaa Federal Savings Bank,    Po Box 47504,    San Antonio, TX 78265-7504
13820085       +Usaa Savings Bank,    Po Box 47504,    San Antonio, TX 78265-7504
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Apr 27 2017 01:39:56     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 27 2017 01:39:45     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13820072       +E-mail/Text: bankruptcy@cavps.com Apr 27 2017 01:39:42     Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe, AZ 85285-7288
13904380       +E-mail/Text: bankruptcy@cavps.com Apr 27 2017 01:39:42     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13820075       +E-mail/Text: bankruptcy.notices@hdfsi.com Apr 27 2017 01:40:04     Esb/Harley Davidson Credit,
                 Po Box 21829,    Carson City, NV 89721-1829
13820076       +E-mail/Text: cio.bncmail@irs.gov Apr 27 2017 01:39:13     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
13862923        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 27 2017 01:39:27
                 Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                 Harrisburg PA  17128-0946
13858430        E-mail/Text: bankruptcy@bbandt.com Apr 27 2017 01:39:17     Sheffield Financial,   PO Box 1847,
                 Wilson, NC  27894-1847
13820080       +E-mail/Text: bankruptcy@bbandt.com Apr 27 2017 01:39:18     Sheffield Financial Co,
                 2554 Lewisville Clemmons,    Clemmons, NC 27012-8110
13820081       +E-mail/PDF: gecsedi@recoverycorp.com Apr 27 2017 01:34:37     Syncb/mohawk Floorscap,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
13850916       +E-mail/Text: bncmail@w-legal.com Apr 27 2017 01:39:36     USAA Federal Savings Bank,
                 C/O Weinstein & Riley, PS,    2001 Western Ave Suite 400,    Seattle, WA 98121-3132
13895815       +E-mail/Text: bncmail@w-legal.com Apr 27 2017 01:39:36     USAA SAVINGS BANK,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 12
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW,    Aldridge Pite, LLP
cr              THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
```

```
District/off: 0313-2            User: Randi                 Page 2 of 2                   Date Rcvd: Apr 26, 2017
                                Form ID: pdf900             Total Noticed: 37

smg*              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                   Harrisburg, PA   17128-0946
13881673*         Bank of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
13883346*         Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
13829103*       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,    PO Box 619096,   Dallas, TX 75261-9741)
                                                                                                TOTALS: 2, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2017 at the address(es) listed below:

              ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
               YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Adjustable
               Rate Mortgage Loan Trust Mortgage Pass-Through Certif bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    HSBC Bank USA et al c/o Select Portolfio
               Servicing, Inc. debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
              JOSEPH L QUINN    on behalf of Debtor Thomas Andrew Jaycox CourtNotices@sjr-law.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC as servicer for The Bank of
               New York Mellon f/k/a The Bank of New York as successor in interest to JP Morgan Chase Bank,
               N.A. as Trustee for Structured Adjustable Rate Mortgage pa-bk@logs.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Bank of America, N.A. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Thomas Andrew Jaycox : Chapter 13
Debtor : Bankruptcy No.: 16-17815-sr

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

AND NOW, upon consideration of the Motion to Dismiss Case by Frederick L. Reigle, Esquire, Standing Chapter 13 Trustee ("Trustee"), and after notice and hearing, it is hereby **ORDERED**:

1. This Chapter 13 Bankruptcy Case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed Chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order, if not filed prior to the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor shall file either:**  (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6, has been entered on the docket within sixty three (63) days of the entry of this Order, then the Trustee shall:  (a) if any applications for administrative expenses other than Debtor's Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed Chapter 13 payments in his possession to Debtors pursuant to 11 U.S.C. §1326(a)(2).

BY THE COURT

**Date: April 26, 2017**

_____
STEPHEN RASLAVICH
U.S. BANKRUPTCY JUDGE