IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Thomas Andrew Jaycox, | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 16-17815-sr |

## **CERTIFICATE OF NO RESPONSE**

The undersigned does hereby certify:

1. That I am the attorney for Thomas Andrew Jaycox, Debtor in the above-captioned matter.

2. That an application for compensation was filed by Debtor's attorney on April 26, 2017.

3. A certificate of service was filed with this Court on April 26. 2017 declaring timely service to parties in interest.

4. As per the dismissal order dated April 26, 2017, Counsel certifies:

   a. No objection has been filed to the proposed compensation payable to Counsel as an administrative expense; and

   b. No additional applications for payment of administrative expenses have been filed.

**LAW OFFICE OF STEPHEN J. ROSS, PC**

BY:   */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
152 E. High Street, Suite 100
Pottstown, PA  19464
T: (610) 323 - 5300
F: (610) 323 - 6081
Date:  May 22, 2017                    JQuinn@sjr-law.com