# UNITED STATES BANKRUPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | &#124; | **Chapter 13** |
| **Thomas Andrew Jaycox** | &#124; | |
| Debtor(s) | &#124; | **BK No. 16-17815-sr** |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Debtor(s) in the above captioned matter.

2. That a copy of the Application for Compensation was filed with the Court on April 26, 2017 along with the Notice of Application and Response Deadline, and a Certificate of Service of the Application and Notice was filed verifying that the documents were timely served on April 26, 2017.

3. No response to said Application has been received.

       Respectfully Submitted,

       **LAW OFFICE OF STEPHEN ROSS, P.C**

       By: */s/ Joseph L. Quinn*
           Joseph L. Quinn, Esquire
           Attorney for Debtor
           Attorney I.D. No. 307467
           Law Office of Stephen Ross, P.C.
           152 E. High Street, Suite 100
           Pottstown, PA 19464
           Ph: (610) 323-5300

Dated: May 22, 2017