United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Thomas Andrew Jaycox
    Debtor

Case No. 16-17815-sr
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2  User: Randi  Page 1 of 1  Date Rcvd: May 24, 2017
                Form ID: pdf900  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2017.
db         +Thomas Andrew Jaycox,   154 Duck Farm Road,   Oxford, PA 19363-4212

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2017 at the address(es) listed below:
           ALBERT JAMES MILLAR   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
           RA-occbankruptcy6@state.pa.us
           BRIAN CRAIG NICHOLAS   on behalf of Creditor   THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
           YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Adjustable
           Rate Mortgage Loan Trust Mortgage Pass-Through Certif bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
           DANIELLE BOYLE-EBERSOLE   on behalf of Creditor   HSBC Bank USA et al c/o Select Portolfio
           Servicing, Inc. debersole@hoflawgroup.com, bbleming@hoflawgroup.com
           FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
           FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
           JOSEPH ANGEO DESSOYE   on behalf of Creditor   Bank of America, N.A. paeb@fedphe.com
           JOSEPH L QUINN   on behalf of Debtor Thomas Andrew Jaycox CourtNotices@sjr-law.com
           KEVIN S. FRANKEL   on behalf of Creditor   Nationstar Mortgage LLC pa-bk@logs.com
           KEVIN S. FRANKEL   on behalf of Creditor   Nationstar Mortgage LLC as servicer for The Bank of
           New York Mellon f/k/a The Bank of New York as successor in interest to JP Morgan Chase Bank,
           N.A. as Trustee for Structured Adjustable Rate Mortgage pa-bk@logs.com
           MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Bank of America, N.A. mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
           POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
           United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                                       TOTAL: 12

**UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| In re: | | Chapter 13 |
|---|---|---|
| Thomas Andrew Jaycox | | |
| Debtor(s) | | BK No. 16-17815-sr |

### O R D E R

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$3,000.00.**

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b). 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), **the allowed compensation set forth in ¶2 less $1,500.00 which was paid by the Debtor(s) prepetition.**

Date: **May 24, 2017**

BY THE COURT:

_____
HON. STEPHEN RASLAVICH
U.S. BANKRUPTCY JUDGE